*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-803**

IN RE DAVID E. FRANK

A Member of the Bar of the
District of Columbia Court of Appeals

**2020 DDN 182**

**Bar Registration No. 94748**

BEFORE: Thompson* and Easterly, Associate Judges, and Ferren, Senior Judge.

## O R D E R
(FILED—February 3, 2022)

On consideration of the certified order from the state of Maryland disbarring respondent from the practice of law in that jurisdiction; this court's December 2, 2021, order directing respondent to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that David E. Frank is hereby disbarred from the practice of law in the District of Columbia. It is

_____

*Judge Thompson's term expired on September 4, 2021; however, she will continue to serve as an Associate Judge until her successor is confirmed. *See* D.C. Code § 11-1502 (2012 Repl.). She was qualified and appointed on October 4, 2021, to perform judicial duties as a Senior Judge and will begin her service as a Senior Judge on a date to be determined after her successor is appointed and qualifies.

**No. 21-BG-803**


FURTHER ORDERED that for purposes of reinstatement respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).


**PER CURIAM**